O

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    v.<br><br>JORGE GONZALEZ ALVAREZ,<br><br>             Defendant. | SA 08-303M<br><br>ORDER OF DETENTION AFTER HEARING<br>(18 U.S.C. § 3142(i)) |

I.

A. ( ) On motion of the Government involving an alleged

    1. ( ) crime of violence;

    2. ( ) offense with maximum sentence of life imprisonment or death;

    3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years

        (21 U.S.C. §§ 801,/951, et. seq.,/955a);

    4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On motion ( ) (by the Government) / ( ) (by the Court sua sponte involving)

    1. (X) serious risk defendant will flee;

    2. ( ) serious risk defendant will

        a. ( ) obstruct or attempt to obstruct justice;

        b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

1       II.

2   The Court finds no condition or combination of conditions will reasonable assure:

3   A. ( X )   appearance of defendant as required; and/or

4   B. ( ) safety of any person or the community;

5       III.

6   The Court has considered:

7   A. ( x ) the nature and circumstances of the offense;

8   B. ( x ) the weight of evidence against the defendant;

9   C. ( x ) the history and characteristics of the defendant;

10   D. ( ) the nature and seriousness of the danger to any person or to the community.

11       IV.

12   The Court concludes:

13   A. ( ) Defendant poses a risk to the safety of other persons or the community because:

14

15   B. (x )   History and characteristics indicate a serious risk that defendant will flee because:

16   **Defendant is undocumented.  He has no ties to the community and no bail**

17   **resources.**

18

19   C. ( ) A serious risk exists that defendant will:

20       1. ( )   obstruct or attempt to obstruct justice;

21       2. ( )   threaten, injure or intimidate a witness/ juror; because:

22

23   D. ( ) Defendant has not rebutted by sufficient evidence to the contrary the presumption

24       provided in 18 U.S.C. § 3142 (e).

25   ///

26   ///

27   ///

28   ///

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**

CR - 94 (02/94)         - 2 -         Page 2 of 3

1     IT IS ORDERED that defendant be detained prior to trial.

2     IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections
3 facility separate from persons awaiting or serving sentences or person held pending appeal.

4     IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private
5 consultation with his counsel.

8 Dated: June 24, 2008

                              Marc L. Goldman
                              U.S. Magistrate Judge

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**